UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOULD,

           Plaintiff(s),

v.

SAXON MORTGAGE SERVICES, INC.,

           Defendant(s).

NO. C05-202P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Plaintiffs have recently filed a motion for summary judgment (Dkt. No. 22) which is noted for August 26, 2005. There is currently pending before this Court a motion to dismiss by Defendant (Dkt. No. 14).

By this order, the Court STAYS any further proceedings relative to Plaintiffs' summary judgment motion until a ruling issues on Defendant's motion to dismiss. If further pleadings are required on the summary judgment motion following the ruling on the motion to dismiss, the Court will re-note the motion for summary judgment and set a briefing schedule for the parties' response and reply briefs.

Filed this 9th day of August, 2005.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
       Deputy Clerk

MINUTE ORDER